**Electronically Filed
Supreme Court
SCWC-19-0000126
05-OCT-2020
03:22 PM**

SCWC-19-0000126
(Consolidated with SCWC-19-0000127, SCWC-19-0000128
SCWC-19-0000129, and SCWC-19-0000130)

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

CODY B. AMARAL,
Petitioner/Defendant-Appellant,

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000126, CR. NO. 2PC171000023)
(CAAP-19-0000127, CR. NO. 2PC171000034)
(CAAP-19-0000128, CR. NO. 2PC171000035)
(CAAP-19-0000129, CR. NO. 2CPC-17-0000194)
(CAAP-19-0000130, CR. NO. 2CPC-17-0000270)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ.,
and Circuit Judge Viola, assigned by reason of vacancy)

Petitioner/Defendant-Appellant Cody B. Amaral's

application for writ of certiorari filed on August 17, 2020, is

hereby rejected.

DATED:  Honolulu, Hawaiʻi, October 5, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Matthew J. Viola

